UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA CAUGHRON,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 2:23-cv-00411-JCM-NJK<br><br>**Order**<br><br>[Docket No. 9] |

    Defendant filed a notice of Rule 26(f) conference to the Docket. Docket No. 9. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: April 7, 2023

                                                        _____<br>
                                                        Nancy J. Koppe<br>
                                                        United States Magistrate Judge