# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| PAMELA CAUGHRON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a foreign corporation, d/b/a WALMART SUPERCENTER #5864; DOES 1-X; BLACK AND WHITE COMPANIES 1-X; and ABC CORPORATIONS 1-X, inclusive.,<br><br>Defendants. | Case No.: 3:23-cv-00156-ART-CSD<br>Hon. Anne R. Traum<br><br>**ORDER GRANTING**<br><br>Stipulation for Dismissal (ECF No. 21)<br><br>Action Filed: February 21, 2023<br>**Trial Date:** None. |

Plaintiff Pamela Caughron (hereinafter "Plaintiff") and Defendant Walmart, Inc. dba Walmart (hereinafter "Defendant") hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorneys' fees and/or costs.

Entry of this Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

Dated: October 31, 2023

BRADLEY, DRENDEL, & JEANNEY

_/s/ Sarah M. Quigley_
Sarah M. Quigley, Esq.
P.O Box 1987
Reno, NV 89505
ATTORNEYS FOR PLAINTIFF,
PAMELA CAUGHRON

-1-
STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON

1  Dated: October 31, 2023

**BURGER | MEYER** LLP

 */s/ Susan Gillespie*
Tabetha A. Martinez, Esq.
Susan Gillespie, Esq.
400 South 4th St., Suite 500
Las Vegas, NV 89101
ATTORNEYS FOR DEFENDANTS,
WALMART, INC. dba WALMART

-2-
STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims brought by Plaintiff, is hereby dismissed with prejudice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs.

DATED: November 6, 2023.

_____
Anne R. Traum
United States District Judge